UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

**-vs-**                                                             **Case No. 07-1-0**

**KEITH STEWART**

_____

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary examination, I find that there is probable cause to believe that the offenses charged in Title 21 U.S.C. § 846 have been committed and that the defendant committed them. It is therefore,

**ORDERED** that **KEITH STEWART** is held to answer in the Western District of Tennessee where the prosecution is pending.

**DONE** and **ORDERED** in 167 North Main, Memphis, Tennessee on ____8th_____ day of January, 2007.

                                                                                        _____s/Diane K. Vescovo_____
                                                                                             DIANE K. VESCOVO
                                                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Counsel for Defendant
Keith

 Stewart